Argued and submitted October 31, affirmed November 26, 2003

STATE OF OREGON,
*Respondent,*

*v.*

FELIMON DEJESUS UBALDO,
*Appellant.*

C020720CR; A119794

80 P3d 538

Tammy W. Sun, Deputy Public Defender, argued the cause for appellant. With her on the brief was Peter A. Ozanne, Acting Executive Director, Office of Public Defense Services.

Doug M. Petrina, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

Affirmed. *State v. McCoin*, 190 Or App 532, 79 P3d 342 (2003).